**SENNEFF FREEMAN & BLUESTONE, LLP**
50 OLD COURTHOUSE SQUARE, SUITE 401
P.O. BOX 3729
SANTA ROSA, CA  95402-3729
TELEPHONE:     (707) 526 - 4250
FACSIMILE:      (707) 526 - 0347

BONNIE A. FREEMAN, ESQ. (SB: 180502)
    bfreeman@sennefflaw.com
ATTORNEYS FOR PLAINTIFF/CROSS-DEFENDANT DANNY WEIBLING

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

MICHAEL E. DELEHUNT, CA BAR NO. 070619
    mdelehunt@foley.com
BILL J. SYMES, CA BAR NO. 257903
    bsymes@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TELEPHONE:  414.271.2400
FACSIMILE:  414.297.4900

*APPEARING PRO HAC VICE*
BRYAN B. HOUSE, WI BAR NO. 1056525
    bhouse@foley.com

ATTORNEYS FOR DEFENDANT AND CROSS-COMPLAINANT INTERNATIONAL MONETARY SYSTEMS, LTD. DBA CONTENENTAL TRADE EXCHANGE, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY WEIBLING,<br><br>    Plaintiff and Cross-Defendant,<br><br>v.<br><br>INTERNATIONAL MONETARY SYSTEMS, LTD. dba CONTINENTAL TRADE EXCHANGE, LTD.,<br><br>    Defendant and Cross-Complainant. | CASE NO.:  CV 10-2580 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF COMPLAINT AND CROSS-COMPLAINT WITH PREJUDICE**<br><br>COMPLAINT FILED:  MAY 13, 200<br><br>CROSS-COMPLAINT FILED:  JUNE 11, 2010<br><br>JUDGE:  HONORABLE RICHARD SEEBORG |

## STIPULATION

WHEREAS Plaintiff and Cross-Defendant Danny Weibling ("Plaintiff") filed the above-captioned lawsuit against Defendant and Cross-Complainant International Monetary Systems Ltd. dba Continental Trade Exchange Ltd. ("Defendant") on May 13, 2010 in the Superior Court of California, County of Sonoma (Case No. SCV-247375) ("Complaint"); and

WHEREAS on June 11, 2010, Defendant removed the Complaint to the United States District Court, Northern District of California, and filed a related Cross-Complaint ("Cross-Complaint") against Plaintiff, and the lawsuit has since been designated Case No. CV 10-2580 RS; and

WHEREAS Plaintiff and Defendant have entered into an agreement to resolve all of their respective claims against each other;

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiff and Defendant, through their attorneys of record, as follows:

1. Plaintiff's Complaint against Defendant is to be dismissed with prejudice;
2. Defendant's Cross-Complaint against Plaintiff is to be dismissed with prejudice; and
3. Each party shall bear its own attorneys' fees and costs.

**SO STIPULATED.**

DATED: DECEMBER 17, 2010

FOLEY & LARDNER LLP
MICHAEL E. DELEHUNT
BRYAN B. HOUSE
BILL J. SYMES

By: _____\s_____
BRYAN B. HOUSE
*Appearing Pro Hac Vice*
ATTORNEYS FOR DEFENDANT AND CROSS-COMPLAINANT INTERNATIONAL MONETARY SYSTEMS LTD. DBA CONTINENTAL TRADE EXCHANGE LTD.

DATED: DECEMBER 17, 2010

SENNEFF FREEMAN & BLUESTONE, LLP
BONNIE FREEMAN

By: _____\s_____
BONNIE FREEMAN
ATTORNEYS FOR PLAINTIFF AND CROSS-DEFENDANT DANNY WEIBLING

**ORDER**

Upon reading the foregoing stipulation and good cause appearing:

IT IS ORDERED THAT:

1. The Complaint and Cross-Complaint are hereby dismissed with prejudice; and

2. In accordance with parties' stipulation, each party shall bear its own attorneys' fees and costs.

Dated:  12/17/10

By: _____
Richard Seeborg
United States District Judge